■ DAVID RICHELSON, Plaintiff, v. THURLOW Fox et al., Defendants. (Action No. 1.) IDA RICHELSON, Plaintiff, v. THURLOW Fox et al., Defendants. (Action No. 2.) DAVID RICHELSON, as Guardian ad Litem for RONALD RICHELSON, an Infant, Plaintiff, v. THURLOW Fox et al., Defendants. (Action No. 3.) FANNIE FINKELSTEIN, Plaintiff, v. THURLOW Fox et al., Defendants. (Action No. 4.) MORRIS GOLDSTEIN et al., Appellants, v. THURLOW FOX, Respondent. (Action No. 5.) — Motion to dismiss appeal to this court from an order changing the place of trial of Action No. 5 from Queens County to Onondaga County granted, without costs, and appeal dismissed. The order appealed from was entered in Onondaga County on March 24, 1958, and a certified copy thereof was thereafter filed in Queens County. (See Rules Civ. Prac., rules 15, 147.)

The appeal should be heard in the Appellate Division of the Supreme Court, Fourth Judicial Department. (Civ. Prac. Act, § 617.) Appellants may, if so advised, apply to the proper court for leave to amend the notice of appeal. The dismissal of the appeal to this court shall be without prejudice to such application. (Civ. Prac. Act, § 107; *Kalish* v. *Belmont Motors*, 280 App. Div. 824 and cases there cited; *People* v. *Schoff*, 266 App. Div. 158.) Present — Nolan, P. J., Beldock, Murphy, Ughetta and Hallinan, JJ.